3:18cr7058-BAS

**FILED** May 25 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ annettec DEPUTY

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1  ELIZABETH A. STRANGE
   Acting United States Attorney
2  District of Arizona
   JOHN A. BALLOS
3  Assistant U.S. Attorney
   Arizona State Bar No. 020981
4  7102 E. 30th Street, Suite 101
   Yuma, Arizona 85365
5  Telephone: 928-314-6410
   Email: John.Ballos@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR- 17-1230-PHX-DGC |
| Plaintiff, | Mag. No. 17-1601MJ |
| v. | **INFORMATION** |
| Luis Enrique Lugo-Ayala, a.k.a.: Luis Lugo-Ayala, | VIO: 8 U.S.C. § 1326(a) |
| Defendant. | (Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 8, 2017, at or near San Luis, in the District of Arizona, LUIS ENRIQUE LUGO-AYALA, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about April 14, 2017, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated this __13__ day of __September__, 20__17__.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

_/s/_ JOHN A. BALLOS
Assistant U.S. Attorney