
Prob12.frm (Rev. 10/00)   3:18cr7058-BAS   LRCrim. 5.1 APPLICABLE: RELATED CASE: None

FILED MAY 2 5 2018

FILED / RECEIVED   MAR 2 0 2018   CLERK US DISTRICT COURT DISTRICT OF ARIZONA   BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF ARIZONA

United States v. Luis Enrique Lugo-Ayala          Docket No. CR-17-01230-001-PHX-DGC

**Petition to Revoke Supervised Release**          **SEALED**

**COMES NOW PROBATION OFFICER ASSISTANT** Sarah J. White presenting an official report on Luis Enrique Lugo-Ayala who was committed to the Bureau of Prisons for time served on December 11, 2017, by the Honorable David G. Campbell presiding in United States District Court, District of Arizona. A 12-month period of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment on December 11, 2017.

Luis Enrique Lugo-Ayala was convicted of Re-entry of Removed Alien, 8 U.S.C. § 1326(a), a Class E felony. Supervised release is scheduled to expire December 10, 2018.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Allegation 1: Violation of Standard Condition 1: You shall not commit another federal, state, or local crime during the term of supervision.**

On or about February 21, 2018, the defendant violated 8 U.S.C. § 1326. The crime is punishable by a term of imprisonment exceeding one year and therefore constitutes a **Grade B violation. U.S.S.G. §7B1.1(a)(2).**

Evidence supporting the alleged violation consists of a Criminal Complaint filed February 22, 2018 in United States District Court, Southern District of California, Docket 18-00816MJ, confirming the defendant's deportation December 12, 2017, through Nogales, Arizona; and verifying he was found at or near Tecate by immigration officials in the Southern District of California, without authorization on February 21, 2018.

**Allegation 2: Violation of Special Condition 1: If deported, you shall not re-enter the United States without legal authorization. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).**

On or about February 21, 2018, the defendant was found unlawfully in the United States in the Southern District of California.

Evidence supporting the alleged violation consists of records confirming the defendant's deportation on December 12, 2017, and records verifying he entered, attempted to enter, or was found in the United States without authorization on or about February 21, 2018, when he was arrested by immigration officials in the Southern District of California.

SCANN...

Page 2
U.S.A. v. Luis Enrique Lugo-Ayala
Docket No. CR-17-01230-001-PHX-DGC
March 8, 2018

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant for Luis Enrique Lugo-Ayala.

Sarah J. White
**U.S. Probation Officer Assistant**
Office Phone: (602) 322-7471
Cellular Phone: (602) 571-1632

March 8, 2018
**Date**

Reviewed by,

**Heather A. Hauptly**
**Supervisory U.S. Probation Officer**
Office Phone: (602) 322-7410
Cellular Phone: (602) 361-0788

March 8, 2018
**Date**

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant for Luis Enrique Lugo-Ayala. Considered and ordered this __19__ day of __Mar__, 20 __18__ and ordered filed and made a part of the records in the above case.

**The Honorable David G. Campbell**
**U.S. District Judge**

I hereby attest and certify on __3-20-18__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy

Defense Counsel:
Atmore L. Baggot
1615 N Delaware Dr., Spc. 144
Apache Junction, AZ 85120
480-983-9394